UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD LEE JOHNSEN,

                    Plaintiff,

     v.

HENRY TAMBE,

                    Defendant.

Case No. C19-141-TSZ-MLP

MINUTE ORDER

       The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

       This matter comes before the Court upon Plaintiff's May 6, 2019 Opposition to Defendant's Motion to Dismiss (dkt. # 25) and Defendant's response thereto (dkt. # 26). Plaintiff appears to have misconstrued Defendant's Answer to the Amended Complaint as a motion to dismiss. However, no such dispositive motion has been filed by Defendant in this case, and therefore it is unnecessary to address Plaintiff's arguments. To the extent that Plaintiff also "motions the court for a summary judgment for the plaintiff" in his Opposition to the Motion to Dismiss (dkt. # 25 at 3), his motion is premature, unsupported, and fails to comply with LCR 7. No further briefing is required by the parties at this time, although they are reminded that the

MINUTE ORDER - 1

deadline for completion of discovery is July 25, 2019, and the dispositive motions deadline is

August 26, 2019. (Dkt. #24.)

      Dated this 22nd day of May, 2019.

                                    William M. McCool
                                    Clerk of Court

                          By: Tim Farrell
                               Deputy Clerk